# CHARLESTON.

T. R. TRUSLOW *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL OF RAILROADS.

Submitted January 24, 1922.    Decided January 31, 1922.

FORMER CASE FOLLOWED.

> A case in which writ of error is dismissed as improvidently awarded for reasons stated in *Blumberg, Admr.* v. *Snyder,* this day decided.

Error to Circuit Court, Kanawha County.

Action by T. R. Truslow against John Barton Payne, Director General of Railroads, in the Court of Common Pleas of Kanawha County.    Application to the Circuit Court was made for writ of error, and the original petition is indorsed ''Writ refused,'' and the defendant brings error.

*Writ of error dismissed.*

*W. N. King* and *Leroy Allebach,* for plaintiff in error.
*M. M. Robertson* and *Charles J. Van Fleet,* for defendant in error.

LIVELY, JUDGE:

This case involves damages claimed by plaintiff from defendant railway for negligently killing his cows on its railway tracks.    Verdict and judgment was for plaintiff for the sum of $310.00, July 13, 1920, in the Court of Common Pleas of Kanawha County.    Application for writ of error was

duly made to the Circuit Court of Kanawha County, but the printed record does not disclose what action was taken thereon by the judge. By inspection of the original petition we find an endorsement on the back thereof: ''Writ refused. A. P. H. 7/16/21.''

No order of record appears to have been made by the circuit court in disposing of this petition; and for reasons stated in the opinion in *Blumberg, Admr.* v. *Snyder,* this day handed down, we are of opinion that this writ of error has been improvidently awarded, and it will be dismissed for that reason.

*Writ of error dismissed.*